# Return

| Case No.: 4:23 MJ 7020 SPM | Date and time warrant executed: January 18, 2023 1650 hours | Copy of warrant and inventory left with: n/a |
|---|---|---|

Inventory made in the presence of:

n/a

Inventory of the property taken and name of any person(s) seized:

Google provided production February 7, 2023 via online portal

On 7/25/2023, this warrant return was submitted by reliable electronic means to the undersigned U.S. Magistrate Judge who signed and issued it in the referenced case. By reliable electronic means, this returned warrant is forwarded to the Clerk of Court for filing, with a copy to the officer who returned it.

*[signature]*
**SHIRLEY P. MENSAH**
**U.S. MAGISTRATE JUDGE**
  7  /  25  /  2023

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/25/2023

*[signature: Daniel P. Root]*

*Executing officer's signature*

FBI SA Daniel P. Root

*Printed name and title*